■ In the Matter of the Estate of LINA G. SHAPIRO, Deceased. ALMA GLICKMAN, Appellant; RICHARD C. SHEPARD, Respondent.— In a proceeding to probate a will, the objectant Alma Glickman, decedent's daughter, appeals from a

decree of the Surrogate's Court, Westchester County, entered July 30, 1962 after trial, upon the opinion and decision of the Surrogate (36 Misc 2d 271), which: (1) adjudged that at the time of her death on November 22, 1961, decedent was domiciled in Westchester County, New York, and was not, either actually or legally, a resident of Dade County, Florida; and (2) dismissed objectant's first objection to probate which alleged lack of jurisdiction of the Surrogate's Court of Westchester County upon the ground of decedent's nonresidence at the time of her death. Decree affirmed, with costs to abide the event of the trial or other disposition of the remaining objections to the probate of the will. No opinion. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.